# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DENIS DANILOV,<br><br>Defendant. | 16-po-5183-JTJ<br>VIOLATION:<br>6026672<br><br>Location Code: M13<br><br>ORDER |

Based upon the unopposed motion of the United States and for good cause appearing,

IT IS HEREBY ORDERED that the Warrant for Arrest is QUASHED.

IT IS FURTHER ORDERED that VN 6026672 is DISMISSED.

DATED this 4th day of October, 2016.

_____
John Johnston
United States Magistrate Judge